# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

CEDRIC J. MARBURY,

    Petitioner,

:      Case No. 3:05-cv-270

:      District Judge Thomas M. Rose
  -vs-                                  Chief Magistrate Judge Michael R. Merz

STUART HUDSON, Warden,

:

    Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

       The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 9), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on June 10, 2008, hereby ADOPTS said Report and Recommendations.

       It is therefore ORDERED that the Petition herein be dismissed with prejudice.

June 20, 2008.                                     **THOMAS M. ROSE**

                                                             Thomas M. Rose
                                                       United States District Judge