# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

CEDRIC J. MARBURY,

    Petitioner,

: Case No. 3:05-cv-270

  -vs-

: District Judge Thomas M. Rose
   Chief Magistrate Judge Michael R. Merz

STUART HUDSON, Warden,

    Respondent.

:

## ORDER VACATING JUDGMENTS AND EXTENDING TIME

On Motions of the Petitioner (Doc. Nos. 12, 18) and pursuant to Fed. R. Civ. P. 60, this Courts Judgments of June 20, 2008 (Doc. No. 11), and September 15, 2008 (Doc. No. 17) are VACATED and Petitioner's time to file objections to the Magistrate Judge's Report and Recommendations of May 21, 2008, is extended to and including October 29, 2008.

September 23, 2008.
                                                                                                                                                                   \*S/THOMAS M. ROSE

                                                                                                                                                             Thomas M. Rose
                                                                                                                       United States District Judge