UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON


CEDRIC J. MARBURY

        Petitioner,

  -vs-                                     Case No. C-3-05-CV-270
                                                 JUDGE THOMAS M. ROSE
STUART HUDSON, Warden,
                                                 CHIEF MAGISTRATE JUDGE MICHAEL MERZ
        Respondent,

_____

**ENTRY AND ORDER OVERRULING PETITIONER'S OBJECTIONS (DOC. # 24) AND ADOPTING THE CHIEF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. # 9) DISMISSING WITH PREJUDICE PETITIONER'S PETITION FOR HABEAS CORPUS (DOC. # 1) AND TERMINATION ENTRY.**

_____

This matter comes before the Court pursuant to the Petitioner's Objections (Doc. #24), filed November 3, 2008, to the Chief Magistrate Judge's Report and Recommendations (Doc. # 9) filed May 21, 2008. The Court, previously on September 15, 2008, reviewed this same Report and Recommendations, no timely objections having been filed by June 10, 2008. At that time the Court adopted said Report and Recommendations. Subsequently, Petitioner filed these Objections beyond the applicable timeline. Although this Court could have disallowed these Objections on timeliness this Court has conducted a de novo review of all filings in this matter and finds the Objections (Doc. # 24) not to be well-founded and OVERRULES same, ADOPTING the Chief Magistrate Judge's Report and Recommendations (Doc. # 9) DISMISSING Petitioner's Petition (Doc. #1) for Writ of Habeas Corpus with prejudice.

This matter is hereby ORDERED terminated upon the docket records of the United States

District Court, Southern Division at Dayton, Ohio.

November 14, 2008

                              s/**THOMAS M. ROSE**

                          _____
                             JUDGE THOMAS M. ROSE
                             United States District Court